**BROSS–HECKMANN, INC.,**
**et al., Appellants,**

v.

**ALANN ENTERPRISES,**
**INC., Respondent.**

**No. 65794.**

Missouri Court of Appeals,
Eastern District,
Division Four.

March 28, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 26, 1995.

Rollin J. Moerschel, Victor S. Williams, Thompson & Mitchell, St. Charles, for appellants.

---

Frederick W. Drakesmith, Drakesmith & Burke, St. Charles, for respondent.

Before AHRENS, P.J., and SIMON and KAROHL, JJ.

### ORDER

PER CURIAM.

Appellants, Bross–Heckmann, Inc. (n/k/a Bropfs Corporation), Mark Heckman, and Bonnie Schwendemann, appeal from an order finding in favor of respondent Alann Enterprises, Inc., on all counts in their action against respondent for injunctive relief and damages arising out of the termination of appellants' lease of respondent's premises.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. A memorandum, solely for the use of the parties involved, has been provided explaining the reasons for our holding.

We affirm the judgment pursuant to Rule 84.16(b).